GENNADY GORELIK, Appellant, v ELENA GORELIK, Respondent.

Submitted December 12, 2011; decided February 21, 2012

Reported below, 85 AD3d 859; 85 AD3d 856; 71 AD3d 730; 71 AD3d 729; 2011 NY Slip Op 85548(U); 2011 NY Slip Op 85547(U).

On the Court's own motion, appeal, insofar as taken from that part of the June 14, 2011 Appellate Division order that affirmed the February 22, 2010 Supreme Court judgment, dismissed without costs, upon the ground that no substantial constitutional question is directly involved; appeal otherwise dismissed upon the ground that the remaining part of the June 14, 2011 Appellate Division order, and the other orders appealed from, do not finally determine the action within the meaning of

the Constitution. Motion for a stay dismissed as academic. Motion for poor person relief dismissed as academic.